**Tracy WOODY, Plaintiff–Appellant,**

**v.**

**ONLINE EXCHANGE,
INCORPORATED, Defendant–Appellee.**

No. 02–2372.

United States Court of Appeals,
Fourth Circuit.

Submitted April 29, 2003.

Decided June 2, 2003.

Tracy Woody, Appellant Pro Se. James Benjamin Trachtman, Kilpatrick Stockton, L.L.P., Raleigh, North Carolina, for Appellee.

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Tracy Woody appeals the district court's order granting Appellee Online Exchange, Inc.'s motion to dismiss for improper venue pursuant to 28 U.S.C. § 1406 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Woody v. Online Exchange, Inc.*, No. CA–02–185–BO (E.D.N.C. Oct. 21, 2002). We also deny Appellee's motion to dismiss the appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*